UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
AUG 26 2019
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| JANET JEAN BIG LAKE *as Personal Representative of the Estate of Ruben Stewart and on behalf of the Estate of Ruben Stewart* and LAVERNE WILLIAMSON BIG HAIR,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CV-19-62-BLG-SPW-TJC<br><br>ORDER |

Consent to the jurisdiction of a United States Magistrate Judge having been either withheld or met with objection,

IT IS ORDERED:

1. The case remains assigned to the Honorable Susan P. Watters, United States District Judge, for all further proceedings and entry of judgment.

2. Pursuant to 28 U.S.C. §636(b)(1)(B), the case is referred to the Honorable Timothy J. Cavan, United States Magistrate Judge, who will conduct all necessary hearings and submit to the undersigned proposed findings of fact and

recommendations for the disposition of all motions excepted from the Magistrate Judge's jurisdiction by 28 U.S.C. §636(b)(1)(A).

3.  The Clerk of Court is directed to forthwith notify the parties of the making of this Order.

DATED this 26th day of August, 2019.

/s/ Susan P. Watters
Honorable Susan P. Watters,
United States District Judge