IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JANET JEAN BIG LAKE, as Personal Representative of the Estate of Ruben Stewart and on behalf of the Estate of Ruben Stewart and LAVERNE WILLIAMSON BIG HAIR, on her own behalf, | CV 19-62-BLG-SPW-TJC |
| Plaintiffs, | ORDER |
| v. | |
| UNITED STATES OF AMERICA and its agency, Department of the Interior, Bureau of Indian Affairs, | |
| Defendants. | |

Upon consideration of the Joint Motion and Stipulation for Dismissal (Doc. 36), filed by the Plaintiffs and the Defendants,

IT IS HEREBY ORDERED that this action is **DISMISSED with prejudice** as fully compromised and settled on the merits, each party to bear their own costs and expenses.

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 12th day of February, 2021.

SUSAN P. WATTERS
United States District Judge